IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAY DEWAIN DODDERER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-13-646-M |
| ) | |
| LORI JORDAN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On June 28, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be dismissed without prejudice on filing because the Court lacks jurisdiction under 28 U.S.C. § 2241(d). Petitioner was advised of his right to object to the Report and Recommendation by July 18, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 4] issued by the Magistrate Judge on June 28, 2013, and

(2) DISMISSES the petition without prejudice for lack of jurisdiction.

**IT IS SO ORDERED this 30th day of July, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE